# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

142198

In re Parole of Michelle Elias.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MACOMB PROSECUTING ATTORNEY,
      Plaintiff-Appellee,

v

MICHELLE ELIAS,
      Defendant-Appellant.

and

MICHIGAN PAROLE BOARD,
      Interventor.

_____/

SC: 142198
COA: 300113
Macomb CC: 2010-001213-AP

On order of the Court, the application for leave to appeal the October 21, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We further ORDER that this case be argued and submitted to the Court of Appeals together with the case of *People v Haeger* (Docket No. 141718), which we remanded to the Court of Appeals for consideration as on leave granted by order dated February 2, 2011, at such future session of the Court of Appeals as both cases are ready for submission.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

_____
Clerk

p0126